IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | |
| OF THE BAR OF THE SUPREME | § | |
| COURT OF THE STATE OF | § | No. 463, 2017 |
| DELAWARE: | § | |
| | § | |
| TIMOTHY A. DILLON | § | |

Submitted: November 21, 2017
Decided: December 12, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 12th day of December 2017, it appears to the Court that:

(1) This is a lawyer disciplinary proceeding. On November 7, 2017, the Board on Professional Responsibility filed a report with this Court recommending that the respondent, Timothy A. Dillon, Equire, be publicly reprimanded and placed on a period of probation for two years, with the imposition of specific conditions. A copy of the Board's report is attached to this order. Neither the Office of Disciplinary Counsel nor Dillon has filed any objections to the Board's report.

(2) The Court has considered the matter carefully. We find the Board's recommendation of a public reprimand with a two-year period of probation with conditions to be appropriate. Thus, we accept the Board's

findings and recommendation for discipline and incorporate the Board's findings and recommendation by reference.

NOW, THEREFORE, IT IS ORDERED that the Board's November 7, 2017 report is hereby ACCEPTED. The Office of Disciplinary Counsel shall disseminate this Order in accordance with Rule 14 of the Delaware Lawyers' Rules of Disciplinary Procedure.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice